FILE COPY

No. 07-15-00147-CV

| | | |
|---|---|---|
| In the Matter of V. T., a Juvenile | § | From the 98th District Court |
| | | of Travis County |
| | § | |
| | | November 4, 2015 |
| | § | |
| | | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 4, 2015, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o